UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-7098-CIV-ZLOCH
(90-6108-CR-ZLOCH)

DARRYL SOLOMON HOPE,

    Petitioner,

vs.                                    **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon Petitioner Darryl Solomon Hope's Motion For Reconsideration Pursuant To Federal Rule Of Civil Procedure 59(e) And Rule 60(a) (DE 23), Petitioner Darryl Solomon Hope's Motion For Leave To File A Supplemental Motion (DE 24), and Petitioner Darryl Solomon Hope's Nunc Pro Tunc Motion To Correction The (sic) Clerical Error (DE 25). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    The essence of Petitioner's request is that the Court reconsider its prior rulings denying habeas and motions for reconsideration in light of Bailey v. United States, 516 U.S. 137 (1995). See DE Nos. 6, 14 & 22; DE 295 (90-6108-CR-ZLOCH). In Bailey, the Supreme Court interpreted 18 U.S.C. § 924(c)(1) to prohibit the active employment of a firearm in relation to any crime of violence or drug trafficking crime. Id. at 150. Petitioner previously filed a Motion To Vacate (DE 1) pursuant to 28 U.S.C. § 2255 on September 9, 1997. Said Motion was denied as untimely pursuant to the one-year limitation under 28 U.S.C. § 2255 as amended on April 24, 1996. See DE Nos. 3 & 6. Notwithstanding,

the Court has carefully reviewed Petitioner's prior pro se § 2255 Motion (DE 1), and construing all pleadings liberally, the Court is unable to find any argument that even remotely raises a Bailey defense.  Based on a review of the record, Petitioner did not raise the Bailey defense until December 2007, with the filing of the instant Motion (DE 23) and the filing of a Motion (DE 294) in Case No: 90-6108-CR-ZLOCH.   Thus, Petitioner's Bailey defense is untimely.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Petitioner Darryl Solomon Hope's Motion For Reconsideration Pursuant To Federal Rule Of Civil Procedure 59(e) And Rule 60(a) (DE 23) be and the same is hereby **DENIED**;

2. That Petitioner Darryl Solomon Hope's Motion For Leave To File A Supplemental Motion (DE 24) be and the same is hereby **DENIED** as moot; and

3. That Petitioner Darryl Solomon Hope's Nunc Pro Tunc Motion To Correction The (sic) Clerical Error (DE 25) be and the is hereby **DENIED**;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___2nd___ day of April, 2008.

/s/ William J. Z
_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Darryl Solomon Hope
DC#28812-004
Federal Correctional Complex (FCI)

2

P.O. Box 1032
Coleman, FL 33521

3